**Feinstein, Daniel**

| | |
|---|---|
| From: | Ryan Rustici [ryan@rustici.tv] |
| Sent: | Thursday, September 24, 2009 8:00 PM |
| To: | Feinstein, Daniel |
| Subject: | www.centerpartners.net |
| Importance: | High |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Mr. Daniel Feinstein
1740 Broadway
New York, NY 10019


Dear Mr. Feinstein:

I am responding on behalf of your demand letter I received from you today about removing www.centerpartners.net . I called you today and left you a phone message on and i invite you to speak with me directly if you wish, however I own numerous websites and I have every right to purchase any domain name that I wish to purchase. I am in no way violating any trademarks. There has already been a presidence in US Supreme Courts, you also claim that my website is making false claims about Center Partners for example voted worst place to work. There has been many polls done throughout the World Wide Web, even if I take a poll from two people it can be voted worst place to work and this has no burden of proof of making any false statements. I am in no way defaming any employees of Center Partners please review on my website terms of service. This website is in no way unlawful. This website promotes the Freedom of Speech. Please also note that <u>if this was a commercial website</u> then yes i would be in violation of the trademark however this is a "SUCKS SITE" or "GRIPE SITE" and I have every right to have this website. If Center Partners wish to purchase the three domains that i own of Center Partners I would entertain the offer. I would like to speak to you Man to Man instead of sending letters that both waste your time and mine.

If you instead on moving forward with filling a Civil Suit i will have a press conference in my area to let everyone know that Center Partners does not agree with the Freedom of Speech. I will also have to contact the ACLU, and the Public Citizens group which these groups have taken upon this very same issue to the courts and have won thousands of times. I would encourage you to do a simple internet search and see the thousands of "SUCKS SITES".

Please let me know what you would like me to do, to go forward with contacting those groups or if Center Partners wishes to purchases the domains from me.

Thank you

Ryan Rustici
Rustici Inc.
admin@rustici.biz
www.rustici.biz
(208) 520-9182

3/21/2011

