IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-00736-WJM-MEH

CENTER PARTNERS, INC.,

    Plaintiff,

v.

RUSTICI INC, doing business as Rustici Web Service,
RYAN RUSTICI,

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS**
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed August 25, 2011 (ECF No. 17).  The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED.  The above-captioned action is DISMISSED.  Each party shall pay its own attorney's fees and costs.

Dated this 26th day of August, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge